**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEARY BOWSER, | : |
| | : |
| Plaintiff, : | |
| | : |
| v. | : Civil No. 1:16-cv-02215-KBJ |
| | : |
| CAPITAL ONE, | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: March 3, 2017                By: */s/ Amy Lynn Bennecoff Ginsburg*
                                    Amy Lynn Bennecoff Ginsburg, Esq.
                                    Kimmel & Silverman, P.C.
                                    30 East Butler Pike
                                    Ambler, PA 19002
                                    Telephone: (215) 540-8888
                                    Facsimile (215) 540-8817
                                    Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

       I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

       Elizabeth A. Hutson, Esq.
       MCGUIRE WOODS LLP
       2001 K Street, NW
       Suite 400
       Washington, DC 20006
       Email: ehutson@mcguirewoods.com

Dated: March 3. 2017　　　　　　　　By: */s/ Amy Lynn Bennecoff Ginsburg*
　　　　　　　　　　　　　　　　　　　Amy Lynn Bennecoff Ginsburg, Esq.
　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　Telephone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　Facsimile (215) 540-8817
　　　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com